# Solomos & Storms
33-08 Broadway
Astoria, NY 11106

Derrick Storms, Esq.
Tel:  (718) 278-5900
dstormsesq@gmail.com

September 4, 2020

<u>**VIA ECF**</u>

Hon. LaShann DeArcy Hall
U.S. District Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:**   <u>*Newkirk v. Student Variety, et al.*,
          **Civil Action No.: 1:20-cv-2049-LDH-VMS (E.D.N.Y.)**</u>

Dear Judge Hall:

      This firm represents the Plaintiff in the above-referenced matter.  We write jointly with the Defendants, to notify the Court that the parties have reached an agreement in principle to resolve this matter.  The parties anticipate that they will be in a position to file a stipulation of dismissal with prejudice in the next 30 days.  In the meantime, we respectfully request that the Court adjourn all deadlines and conferences *sine die*.

      We thank the Court for its time and attention to this matter.

                                      Respectfully submitted,

                                      /s/  Derrick Storms
                                      Derrick Storms

cc: All counsel of record (by ECF)