# Solomos & Storms
33-08 Broadway
Astoria, NY 11106

Derrick Storms, Esq.
Tel: (718) 278-5900
dstormsesq@gmail.com

October 5, 2020

<u>BY ECF</u>
Honorable Vera M. Scanlon
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, NY 11201

    **Re:**   **Status Report**
          *Newkirk v. Student Variety, et al./* Civil Action No. 20-2049

Dear Judge Scanlon:

    The Plaintiff writes to inform the court that the parties are finalizing the Settlement Agreement, and a Notice of Discontinuance will be filed upon execution.

    Thank you for Your Honor's consideration of and attention to this matter.

                                        Respectfully submitted,

                                        /s/   Derrick Storms
                                          Derrick Storms

cc: All counsel of record (by ECF)