UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
YAHKEMP NEWKIRK, an individual,

                Case no.: 20-cv-2049

        Plaintiff,

   -against-

STUDENT VARIETY & GROCERY, INC. d/b/a
STUDENT'S VARIETY & GROCERY, an entity,
and PARSONS PROPERTIES, LLC, an entity,

        Defendants.
---------------------------------------------------------------- X

## NOTICE OF SETTLEMENT AND
## VOLUNTARY DISMISSAL WITH PREJUDICE

   **WHEREAS**, the Parties, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement, and pursuant to the provisions of Rule 41 (a) (1) of the Federal Rules of Civil Procedure have settled the claims.

   **NOW THEREFORE**, the Parties agree that the above captioned matter is hereby DISMISSED *with prejudice and with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.*

   **SO STIPULATED AND RESOLVED**.

Dated: Brooklyn, New York
       November 24, 2020

Respectfully submitted,

| **SOLOMOS & STORMS** | **LAW OFFICE OF HENRY GRAHAM PLLC** |
|---|---|
| By: /s/ Derrick Storms | By: /s/ Henry M. Graham |
| Derrick Storms, Esq. | Henry M. Graham, Esq. |
| 33-08 Broadway | 80-02 Kew Gardens Rd. |
| Astoria, NY 11106 | Kew Gardens, NY 11415 |
| Tel: (718) 278-5900 | Tel: (718) 793-1311 |
| Email: dstormsesq@gmail.com | Email: hgraham@cpc-law.com |
| *Attorneys for Plaintiff* | *Attorneys for Parsons Properties, LLC* |

1

**MKC LAW GROUP, LLC**

By: /s/ Michael K. Chong
Michael K. Chong, Esq.
1250 Broadway, 36th Fl., Suite 300
New York, NY 10001
Tel: (212) 726-1104
Email: mkchong@mkclawgroup.com
*Attorneys for Student Variety & Groceries, Inc*