UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
YAHKEMP NEWKIRK, an individual,

                                                     Case no.: 20-cv-2049

                Plaintiff,


         -against-


STUDENT VARIETY & GROCERY, INC. d/b/a
STUDENT'S VARIETY & GROCERY, an entity,
and PARSONS PROPERTIES, LLC, an entity,

                    Defendants.
-------------------------------------------------------------- X

## NOTICE OF SETTLEMENT AND
## VOLUNTARY DISMISSAL WITH PREJUDICE

    **WHEREAS**, the Parties, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement, and pursuant to the provisions of Rule 41 (a) (1) of the Federal Rules of Civil Procedure have settled the claims.

    **NOW THEREFORE**, the Parties agree that the above captioned matter is hereby DISMISSED *with prejudice and with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.*

    **SO STIPULATED AND RESOLVED**.


Dated: Brooklyn, New York
       November 24, 2020


Respectfully submitted,


**SOLOMOS & STORMS**              **LAW OFFICE OF HENRY GRAHAM PLLC**


By: /s/ Derrick Storms                 By: /s/ Henry M. Graham
Derrick Storms, Esq.                  Henry M. Graham, Esq.
33-08 Broadway                       80-02 Kew Gardens Rd.
Astoria, NY 11106                   Kew Gardens, NY 11415
Tel: (718) 278-5900                  Tel: (718) 793-1311
Email: dstormsesq@gmail.com       Email: hgraham@cpc-law.com
*Attorneys for Plaintiff*              *Attorneys for Parsons Properties, LLC*

1

**MKC LAW GROUP, LLC**

By: /s/ Michael K. Chong
Michael K. Chong, Esq.
1250 Broadway, 36th Fl., Suite 300
New York, NY 10001
Tel: (212) 726-1104
Email: mkchong@mkclawgroup.com
*Attorneys for Student Variety & Groceries, Inc*


SO ORDERED:

**s/ LDH        11/25/2020**

Honorable LaShann DeArcy Hall, U.S.D.J